IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KERI JACKSON, | | |
| Plaintiff, | | 4:16-CV-3167 |
| vs. | | JUDGMENT |
| NELNET, INC., | | |
| Defendant. | | |

Pursuant to the parties' joint Stipulation of Dismissal with Prejudice (filing 13), this matter is dismissed with prejudice, without costs to any party.

Dated this 10th day of April, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge